## MIXON *alias* TILLMAN, *v.* THE STATE.

GRICE, Justice. The evidence in this record is sufficient to sustain the verdict of guilty. Accordingly, the judgment overruling the motion for new trial based solely on the general grounds will not be disturbed.

*Judgment affirmed. All the Justices concur.*

No. 12151. JANUARY 11, 1938.

*Duncan Graham* and *Lewis & Chapman,* for plaintiff in error.

*M. J. Yeomans, attorney-general, W. H. Lanier, solicitor-general, E. G. Arnall,* and *E. J. Clower,* contra.